```
                              FILED
                     CLERK, U.S. DISTRICT COURT

                          SEP 16 2011

                     CENTRAL DISTRICT OF CALIFORNIA
                     BY    Shy           DEPUTY
```

ENTER/JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JULIO HENRY TENA, | Case No. CV 11-05298 JFW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| DERRAL G. ADAMS, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: September 16, 2011

　　　　　　　　　　　　　　　　　　_/s/ John F. Walter_
　　　　　　　　　　　　　　　　　　JOHN F. WALTER
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

```
         ENTERED - SOUTHERN DIVISION
          CLERK, U.S. DISTRICT COURT

              SEP 16 2011

         CENTRAL DISTRICT OF CALIFORNIA
         BY                     
```